JOSEPH V. MITCHELL, Appellant, v. HAROLD R. TETHER, Respondent, and Another, Defendant.— Appeal by the plaintiff from an order denying his motion to strike our the respondent's answer and for summary judgment. Order affirmed, with ten dollars costs and disbursements. We do not pass upon the sufficiency of the separate defense. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

HERBERT E. MOHR, Appellant, v. LAWYERS TRUST COMPANY, Respondent, Appellant, and THE PUBLIC NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Appellant, Respondent; LOUIS JACOBY and MIDLAND CIGAR CO., INC., Respondents.— In an action by plaintiff to recover from defendant Lawyers Trust Company, with whom plaintiff had an account, for the proceeds of a check for $2,905 which said defendant paid on a forged indorsement, the complaint was dismissed on the merits. Order of the Appellate Term, affirming a judgment of the City Court of the City of New York, Kings County, dismissing plaintiff's complaint on the merits, in so far as is appealed from, unanimously affirmed, with costs, payable to Lawyers Trust Company by plaintiff-appellant. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

FRANCIS ANTHONY MORAN and JOSEPHINE MORAN, Respondents, v. GEORGE B. GRAY and CATHERINE GRAY, Appellants.— In an action for a mandatory injunction directing defendants to remove an encroachment of three and one-half inches, consisting of the wall of a porch constructed on the second floor of a private dwelling, order directing such removal, order directing entry of judgment for costs in favor of plaintiff and judgment entered in accordance therewith, and order denying motion for new trial, unanimously affirmed, with costs. That there could be no rightful heightening of the pre-existing party wall in this case appears from the photographs showing the existence of the roof of the porch of plaintiffs' house to the property line over and on top of which the addition has been placed and encroaches. In any event, the survey shows that the addition did not consist of a continuation or heightening of the existing party wall, but extends beyond the width of that wall onto plaintiffs' premises. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.